IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| Katherine Payne, Maureen Baum, and Jane G1 Doe, | ) | Lead Case No. 1:17-cv-00029-GJQ- |
| Plaintiffs, | ) | ESC and all consolidated member cases: |
| | ) | 1:17-cv-00222-GJQ-ESC |
| v. | ) | 1:17-cv-00244-GJQ-ESC |
| | ) | 1:17-cv-00254-GJQ-ESC |
| MICHIGAN STATE UNIVERSITY, et al., | ) | 1:17-cv-00257-GJQ-ESC |
| | ) | 1:17-cv-00288-GJQ-ESC |
| | ) | 1:17-cv-00349-GJQ-ESC |
| Defendants. | ) | 1:17-cv-00676-GJQ-ESC |
| | ) | **1:17-cv-00684-GJQ-ESC** |
| | ) | Hon. Gordon J. Quist |

## MOTION TO CONSOLIDATE

Katherine Payne, Maureen Baum, and Jane G1 Doe, move the court for an order consolidating the above-numbered and entitled actions for a joint hearing and trial of all matters at issue.

This motion is made on the grounds that there are common questions of law and fact in both cases, as set forth in the affidavit attached to this motion, and such consolidation will avoid unnecessary costs and delays.

/S/STEVEN C. HURBIS
Brian J. McKeen (P34123)
Steven C. Hurbis (P80993)
McKeen & Associates, P.C.
Attorneys for Plaintiffs
645 Griswold Street
Suite 4200
Detroit, MI 48226
Ph.: (313) 961-4400
E:bjmckeen@mckeenassociates.com
E:shurbis@mckeenassociates.com

Dated: August 23, 2017

IT IS SO ORDERED.

/s/ Gordon J. Quist

Dated: September 25, 2017

GORDON J. QUIST
UNITED STATES DISTRICT JUDGE